# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Leland Foster, Individually, : | |
| : | |
| Plaintiff, : | Case No. 2:16-cv-13340 |
| v. : | |
| : | |
| The BON-TON DEPARTMENT STORES Inc., : | |
| a Pennsylvania Corporation, : | |
| : | |
| Defendant. : | |
| _____/ : | |

## STIPULATION AND ORDER FOR DISMISSAL
_____

| | |
|---|---|
| OWEN B. DUNN, JR.  (P66315) | RIDLEY S. NIMMO, II  (P54783) |
| **LAW OFFICE OF OWEN B. DUNN, JR.** | **PLUNKETT COONEY** |
| VALERIE J. FATICA | Attorney for Defendant |
| Attorneys for Plaintiff | Plaza One Financial Center |
| The Ottawa Hills Shopping Center | 111 E. Court Street – Suite 1B |
| 4334 W. Central Avenue – Suite 222 | Flint, MI  48502 |
| Toledo, OH  43615 | (810) 232-5100 |
| (419) 241-9661/(419) 654-1622 | (810) 232-3159 – fax |
| (419) 241-9737 – fax | RNimmo@plunkettcooney.com |
| dunnlawoffice@sbcglobal.net | |
| valeriefatica@gmail.com | |

_____

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that the above-entitled cause of

action be dismissed with prejudice, and without costs, interest or attorney fees to either party.

By */s/Owen B. Dunn, Jr.*            By */s/ Ridley S. Nimmo, II*
   OWEN B. DUNN, JR.  (P66315)             RIDLEY S. NIMMO, II (P54783)
   Attorney for Plaintiff                               Attorney for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Leland Foster, Individually,

      Plaintiff,

v.

The BON-TON DEPARTMENT STORES Inc., a Pennsylvania Corporation,

      Defendant.

_____/

Case No. 2:16-cv-13340

## ORDER OF DISMISSAL

Upon the reading and filing of the foregoing stipulation of the parties; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause of action be and the same is hereby dismissed with prejudice, and without costs, interest or attorney fees to either party.

This resolves the last pending claims in this matter and closes the case.

**IT IS SO ORDERED.**

                                                s/Laurie J. Michelson
                                                LAURIE J. MICHELSON

Dated: December 15, 2016           U.S. DISTRICT JUDGE